ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION
FILED IN OFFICE
_____ m.
Oct 25 2011
_____
Deputy Clerk

| | | |
|---|---|---|
| CHARLES R. ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 311-068 |
| | ) | |
| CLARANCE SANDERS, Sheriff of Montgomery County, and THOMAS H. CORBIN, Sheriff of Treutlen County, in their individual and official capacities, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice and **CLOSED**.

SO ORDERED this 25th day of October, 2011, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE